PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEBORAH SELMAN, ) | |
| ) | CASE NO.  1:13CV2556 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| Defendant. ) | [Resolving ECF No. 23] |

Pending is the Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1) of Marcia W. Margolius, counsel for Plaintiff (ECF No. 23).  Counsel moves the Court for an order authorizing payment of a fee in the amount of $5,757.50.  The Court has reviewed the memorandum in support and attachments thereto, and the Commissioner's Response (ECF No. 24) which states that the Commissioner does not object to the motion.

The Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b)(1) of Marcia W. Margolius, counsel for Plaintiff (ECF No. 23) is granted.  The Court hereby authorizes payment of a fee in the amount of $5,757.50.  These fees are for court time only and are in addition to any other administrative fees that the Commissioner may grant under 42 U.S.C. § 406(a).  The Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, fees in the amount of $3,300.00 shall be refunded by Plaintiff's Counsel to Plaintiff forthwith.  *Gisbrecht v. Barnhart*, 535 U.S. 789, 796

(1:13CV2556)

(2002) (if an attorney is awarded fees pursuant to both statutes, that attorney must "refun[d] to the claimant the amount of the smaller fee").[1]

    IT IS SO ORDERED.

| | |
|---|---|
|  May 9, 2016  |   /s/ Benita Y. Pearson  |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Plaintiff has submitted two requests for attorney's fees. *See* ECF Nos. 20 and 24. Plaintiff's counsel is entitled to attorney's fees both pursuant to the EAJA and 42 U.S.C. § 406(b). *Jankovich v. Bowen*, 868 F.2d 867, 871 n. 1 (6th Cir. 1989). The Court previously awarded EAJA fees to Plaintiff's Counsel. *See* ECF No. 22.